UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-0302 PSG (DTBx) | Date | May 30, 2017 |
|---|---|---|---|
| Title | John Hersey v. Legal Recovery Law Offices, Inc. | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):** Order DISMISSING Case

On April 27, 2017, the Court issued an Order to Show Cause ("OSC") by May 11, 2017, why the Court should not dismiss the case for lack of prosecution. Dkt. # 13. The Court warned Plaintiff that failure to respond to the OSC might result in the dismissal of the entire action. *See id.* Despite the Court's warning, Plaintiff has not filed a response, timely or otherwise. Because of Plaintiff's failure to comply with the OSC, the Court DISMISSES the claims against Defendant WITH PREJUDICE and closes the case.

**IT IS SO ORDERED**.